IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOPPERS SALON & HEALTH SPA, INC.,<br><br>*Plaintiff*<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>*Defendant.* | Case No. 2:20-cv-03342-JDW |

ORDER

AND NOW, this 30th day of November, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion For Partial Summary Judgment (ECF No. 5) is **DENIED**;

2. Defendant's Motion For Judgment On The Pleadings (ECF No. 17) is **GRANTED**;

3. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge